FILED

12/06/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 22-0001

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 22-0001

_____

MERCEDES MARIE BLACKER,

      Petitioner,

   v.                         O R D E R

BRANDON CHASE BLACKER,

      Respondent.

_____

Brandon Chase Blacker, representing himself, has filed an Affidavit for Recusal in which he requests the disqualification of the Honorable Christopher D. Abbott from presiding in Cause No. DDR-2019-246 in the First Judicial District Court, Lewis and Clark County.

Section 3-1-805, MCA, provides that an affidavit for disqualification for cause must allege facts showing personal bias or prejudice of the presiding judge. Blacker alleges Judge Abbott has demonstrated bias because a staff member in the Office of the Clerk of Court maintains a social media connection to Mercedes Marie Blacker, the opposing party in the present case. Such connection, even if proven true, does not demonstrate personal bias or prejudice on the part of Judge Abbott.

Blacker further alleges evidence of bias because Judge Abbott issued rulings that Blacker finds objectionable, including findings that do not paint Blacker's current partner in a favorable light. This allegation cannot support disqualification as § 3-1-805(1)(b), MCA, provides in part that the affidavit will be deemed not to have been made in good faith if it is based solely on rulings in the case which can be addressed in an appeal from the final judgment. Since Judge Abbott's rulings can be addressed in an appeal, Blacker has not demonstrated grounds for disqualification.

IT IS THEREFORE ORDERED that the motion to disqualify Judge Abbott is VOID and thereby DENIED.

The Clerk is directed to provide copies of this Order to the Clerk of the District Court of Lewis and Clark County for notification to all parties in Cause No. DDR 2019-246, and to the Honorable Christopher D. Abbott.

2

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 6 2022